UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 11-00265 JVS(RNBx) | Date | May 25, 2011 |
| Title | Gregg Weaver v. GMAC Mortgage LLC, et al. | | |

Present: The Honorable     James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause re Dismissal for Lack of Prosecution

On April 25, 2011, the Court granted defendant's motion to dismiss. Plaintiff was granted 30 days to amend the complaint. As of today, an amended complaint has not been filed.

The Court hereby ORDERS plaintiff to show cause, in writing, not later than Monday, June 6, 2011, why this action should not be dismissed for lack of prosecution

                                                                                            : 00

Initials of Preparer    kjt