JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregg Weaver, | SACV 11-00265-JVS(RNBx) |
| Plaintiff, | ORDER OF DISMISSAL FOR |
| v. | LACK OF PROSECUTION |
| GMAC Mortgage LLC, et al., | |
| Defendants. | |

The Court having issued an Order to Show Cause on ___May 25, 2011___ as to why this action should not be dismissed for lack of prosecution, with a written response due on June 6, 2011 and no response having been made,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: June 8, 2011

_____
James V. Selna
United States District Judge